## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| LAURI LYNCH, | § | |
|     PLAINTIFF | § | CASE NO. 1:19-cv-2399 |
| | § | |
| v. | § | JUDGE MOORE |
| | § | |
| CRC INDUSTRIES, INC., | § | MAGISTRATE JUDGE |
| ET AL., | § | |
|     DEFENDANTS | § | |

## ENTRY OF APPEARANCE OF ALEXANDER MCSWAIN
## ON BEHALF OF PLAINTIFF LAURI LYNCH

COMES NOW Alexander McSwain to certify that he is a member in good standing of the

bar of this Court, and appears in this case as counsel for Plaintiff, Lauri Lynch.


Dated this 16th day of October, 2019


Respectfully submitted,


*/s/ Alexander McSwain*

Alexander McSwain
Texas Bar No. 24106292
THE CARLSON LAW FIRM
100 East CenTex Expressway
Killeen, Texas 76542
Telephone: 254-526-5688
Facsimile: 254-526-8204
Email: amcswain@carlsonattorneys.com


## CERTIFICATE OF SERVICE

   I certify that on October 16, 2019, I served a copy of the foregoing on the all parties of record via this Court's ECF system.

*/s/ Alexander McSwain*